AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

APPEARANCE

v.

1:06-m-50m

Manuel Alberto Nogueira Recio

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Manuel Alberto Nogueira Recio

I certify that I am admitted to practice in this court.

5/11/06

*Date*

*Signature*

George J. West

*Print Name* *Bar Number*

One Turks Head Place 312

*Address*

*City* *State* *Zip Code*

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.