AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
MIGUEL ALBERTO NOGUEIRA RECIO

## WARRANT FOR ARREST

Case Number: 1:06-M-50M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MIGUEL ALBERTO NOGUEIRA RECIO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

conspiring to distribute and to possess with intent to distribute heroin; distribution of heroin

in violation of Title 21 United States Code, Section(s) 841(a) and 846

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

5-11-06 Providence, Rhode Island
Date and Location

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/06 | Charles Wyant SDUSM | [signature] |
| DATE OF ARREST 5/11/06 | | |