AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Manuel Alberto Noqueira-Recis

APPEARANCE

CASE NUMBER: CR06 TP 02T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Manuel Alberto Noqueira Reico

I certify that I am admitted to practice in this court.

6/8/06

*Date*

[signature]

*Signature*

George J. West 3057

*Print Name* *Bar Number*

One Turks Head Ste. 312

*Address*

Prov RI 02903

*City* *State* *Zip Code*

401-861-9042 401-861-0330

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.