**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-71-02T

MANUEL ALBERTO NOGUEIRA-RECIO

**MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS.**

**NOW** comes the Defendant, MANUEL ALBERTO NOGUEIRA-RECIO, and moves that the court enter an order extending the time for conduction of Discovery and preparation and filing of Pretrial Motions in the within matter for an additional period of thirty (30) days. The reason for this request is counsel for the defendant requires additional time to investigate the facts of the case. Counsel has requested a physical evidence view and copies of video and audio surveillance of the alleged transaction. Scheduling attempts have been made but additional time is needed to complete the physical evidence view. Counsel is unaware at this time whether the government will supply copies of the video and audio tapes together with English translation of the audio.

Defendant avers that the interest of justice would be served by allowing additional time for counsel to understand and investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional thirty (30) days up to and including August 7, 2006 to review discovery, investigate and prepare any necessary motions. Such continuance should therefore be excludable for speedy trial calculation.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
7/11/06

Respectfully submitted,
Defendant, Manuel Alberto Nogueira-Recio
By his attorney,

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 7 day of July 2006, I forwarded a copy of the within Motion to Stephanie Brown, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903.