IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr.No. 06-71-02T |
| | ) | |
| MANUEL ALBERTO NOGUEIRA-RECIO | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER AND TO CONTINUE TRIAL CALENDAR

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion To Enlarge The Time To Conduct Discovery and File Pretrial Motions and To Vacate Trial Calendar Call, Empanelment and Pretrial Scheduling Order and To Continue Trial Calendar as follows:

The government does not object to the defendant's motion.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney
U.S Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
email: stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2006, I caused the within Government's Response to Defendant's Motion To Enlarge The Time To Conduct Discovery and File Pretrial Motions, and to Vacate Trial Calendar Call, Empanelment and Pretrial Scheduling Order and Continue Trial Calendar to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903

/s/Stephanie S. Browne
Stephanie S. Browne
Assistant U.S. Attorney