Case 1:06-cr-00071-T-DLM Document 18 Filed 08/09/2006 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-71-02T

MANUEL ALBERTO NOGUEIRA-RECIO

**MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER AND CONTINUE TRIAL CALENDAR**

**NOW** comes the Defendant, MANUEL ALBERTO NOGUEIRA-RECIO, and moves that the court enter an order extending the time for conduction of Discovery and preparation and filing of Pretrial Motions in the within matter for an additional period of thirty (30) days. The reason for this request is counsel for the defendant requires additional time to investigate the facts of the case.

Defendant avers that the interest of justice would be served by allowing additional time for counsel to understand and investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional thirty (30) days up to and including September 6, 2006 to review discovery, investigate and prepare any necessary motions. Such continuance should therefore be excludable for speedy trial calculation. As a consequence of the foregoing request Counsel necessarily moves that the within matter be removed from the current Trial Calendar call, the empanelment and that the Pretrial Scheduling Order be vacated at this time and that the matter be reassigned.

**GRANTED** No further extensions will be granted

Ernest C. Torres
Ernest C. Torres
Chief, US District Judge

8/22/06

Respectfully submitted,
Defendant, Manuel Alberto Nogueira-Recio
By his attorney,

/S/George J. West

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this __9th__ day of August 2006, I forwarded a copy of the within Motion to Stephanie Brown, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903 @ stephanie.browne@usdoj.gov
paula.horsey@usdoj.gov;karen.miszkiewicz@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

/S/George J. West