IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr.No. 06-71-02T |
| | ) | |
| MANUEL ALBERTO NOGUEIRA-RECIO | ) | |

MOTION TO ENLARGE
THE TIME TO RESPOND TO DEFENDANT'S MOTIONS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby moves for an extension of time in which to respond to defendant's motions for Disclosure of Identity of Informant, for Bill of Particulars, to Obtain Grand Jury Records, and for Separate Trial. As grounds therefore, the government is investigating some newly obtained information which may impact on the posture of this matter as it affects defendant Nogueira-Recio. The government respectfully requests an extension until October 3, 2006 to respond to defendant's motions. The government has

consulted with counsel for defendant and he does not object to the government's motion.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
email:stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2006, I caused the within Government's Motion To Enlarge The Time to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903
georgew180@aol.com

/s/Stephanie S. Browne
Stephanie S. Browne
Assistant U.S. Attorney