FILED
SEP 27 '06
U.S. DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No.06-71-02T
)
MANUEL ALBERTO NOGUEIRE-RECIO )

MOTION TO DISMISS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby moves to dismiss Counts II and III of the Indictment as they relate to the above-named defendant for the reasons stated in the attached memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of September, 2006, I served by first class mail, postage prepaid, a copy of the within Motion to Dismiss, along with its accompanying Memorandum, to the following:

George West, Esquire
One Turks Head Place
Suite 312
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No.06-71-02T
)
MANUEL ALBERTO NOGUEIRA-RECIO )

MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS

On September 26, 2006, the undersigned Assistant U.S. Attorney, Task Force Agent Michael Naylor, and Special Agent Anthony Cardello spoke with co-defendant Sandy Baez in the presence of his attorney, John Ruginski. Mr. Baez informed the government that defendant Nogueira-Recio had been unaware of the contents of the package that Mr. Baez had Mr. Nogueira-Recio bring to the meeting with the confidential informant on May 10, 2006. According to Mr. Baez, Mr. Nogueira-Recio was staying with Mr. Baez but was completely unaware of the drug deal Mr. Baez had made with the confidential informant. The package which contained the heroin and which was recovered by agents at the scene at the time of the arrests was such that an individual looking at it could not determine its contents.

Given the information just received from Mr. Baez, the interests of justice would dictate that the current charges be dismissed as to Mr. Nogueira-Recio at this time. The government

reserves its right to bring charges against Mr. Nogueira-Recio in the future should further evidence come to light.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of September, 2006, I served by first class mail, postage prepaid, a copy of the within Motion to Dismiss, along with its accompanying Memorandum, to the following:

George West, Esquire
One Turks Head Place
Suite 312
Providence, RI 02903