IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 27 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-71-02T |
| vs. | ) | |
| | ) | |
| MANUEL ALBERTO NOGUEIRE-RECIO | ) | |

**ORDER**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States seeks leave of Court to dismiss Counts II and III of the above-referenced Indictment as they relate to defendant Manuel Alberto Nogueire-Recio.

Leave of court is granted for the filing of the foregoing dismissal of charges and said charges are dismissed against defendant Manuel Alberto Nogueire-Recio.

Ernest C Torres

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATE: 9/29/06